JUDGE BATTS

DOC #

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DMBJ Productions
**Plaintiff**

-v-

TMZ, TV, Harvey Levin Productions, Time Warner, Inc. John Doe #1-#20, Jane Doe #1-#20
**Defendant**

---

Case No.

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DMBJ Productions _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 7/3/08

_____
**Signature of Attorney**

Attorney Bar Code: 4406

Form Rule7_1.pdf